IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 42**

| | |
|---|---|
| **GREEN DAZE MUSIC,** *et al,* | ) |
| | ) |
| Plaintiffs, | )   **ORDER** |
| v. | ) |
| **KRISTOPHER'S SPORTS BAR** | ) |
| **AND GRILLE AND DELI,** *et al,* | ) |
| | ) |
| Defendants. | ) |

THIS MATTER IS BEFORE THE COURT upon the Motion for Entry of Default Against Corporate Defendant [doc. 8] filed March 29, 2007. It appears to the Court that corporate defendant Kristopher's Sports Bar Grille and Deli has answered plaintiff's Complaint through individual defendant Kristopher Karl Johnson. However, corporations cannot appear pro se before the court and must retain legal representation.

IT IS THEREFORE ORDERED that a ruling on plaintiff's Motion for Entry of Default will be held in abeyance for 30 days from the date of this order so that the corporate defendant may retain counsel to file an answer on its behalf within 30 days.

SO ORDERED.

Signed: April 2, 2007

Graham C. Mullen
United States District Judge