IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV42

GREEN DAZE MUSIC et al.,                    )
                          Plaintiffs,        )
                                             )
            v.                               )               ORDER
                                             )
KRISTOPHER'S SPORTS BAR GRILLE.              )
AND DELI, INC., et al.                       )
                          Defendants.        )
                                             )
_____     )

        THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with

Prejudice. [Docket # 11].

        Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

        IT IS SO ORDERED.

                            Signed: May 3, 2007

                            Graham C. Mullen
                            United States District Judge